# IN THE SUPREME COURT OF THE STATE OF NEVADA

J. MICHAEL SUNDE, AN
INDIVIDUAL; VIKTORIYA SOKOL
SUNDE, AN INDIVIDUAL; AND
NEVADA QUICK DIVORCE, A SOLE
PROPRIETORSHIP,
                    Appellants,
vs.
TIMOTHY RIDGE, AN INDIVIDUAL,
                    Respondent.

No. 74682

**FILED**

JAN 0 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to alter or amend an order entered June 6, 2017. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to alter or amend. *Uniroyal Goodrich Tire v. Mercer*, 111 Nev. 318, 320 n.1, 890 P.2d 785, 787 n.1 (1995), *superseded on other grounds by statute as stated in RTTC Commc'nc, LLC v. Saratoga Flier, Inc.*, 121 Nev. 34, 110 P.3d 24 (2005). The appeal must be taken from the final judgment. *See, e.g., Alvis v. State, Gaming Control Bd.*, 99 Nev. 184, 660 P.2d 980 (1983), *disapproved of on other grounds by AA Primo Builders, LLC v. Washington*, 126 Nev.

18-00836

578, 245 P.3d 1190 (2010).    Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Kathleen M. Drakulich, District Judge
       J. Michael Sunde
       Viktoriya Sokol Sunde
       Lee T. Hotchkin, Jr.
       Washoe District Court Clerk